**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM JONES,

        Plaintiff,

v.                                        Case No: 6:22-cv-1656-LHP

INDICAR OF DAYTONA, INC.,

        Defendant

---

## ORDER

This cause comes before the Court on the parties' Stipulation of Dismissal With Prejudice, signed by counsel for both parties. Doc. No. 34. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, any claims on behalf of a putative class are **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is **DIRECTED** to terminate any pending motions and deadlines and close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties